UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMED ZBEIDA TILLISY,

        Plaintiff,

   v.

DEPARTMENT OF CORRECTIONS,

        Defendant.

CASE NO.  C04-2341-JCC

ORDER DISMISSING ACTION
FOR FAILURE TO PROSECUTE
PURSUANT TO CR 41(b)(2)

The Court, having reviewed the record, hereby finds and ORDERS:

(1) Plaintiff is proceeding pro se;

(2) At least sixty (60) days prior to the date of this order, mail directed by the Clerk to Plaintiff at his address of record was returned by the Post Office;

(3) Plaintiff has not notified the court of his current address;

(4) This action is therefore DISMISSED without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2); and

///

///

///

///

ORDER
Page -1-

1     (5)    The Clerk is directed to send copies of this Order to plaintiff at his last known address.

DATED this _27th_ day of   May   , 2005.

_____
UNITED STATES DISTRICT JUDGE

RECOMMENDED FOR ENTRY
this 3rd day of May, 2005.

 s/ Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER
Page -2-